**No. 10-10099. Walter McCollough, III, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2917, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3856.

May 23, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 7 A.3d 519.

**No. 10-10103. Richard Blanchard, Petitioner v. J. Bennett, et al.**

563 U.S. 1014, 131 S. Ct. 2917, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3893, ██

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10107. Ruben Archuleta, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2917, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3857.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10113. Jose Reynoso, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2917, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3921.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10116. Ras Rahim, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2918, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3842.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10118. Humberto Palacios-Herrera, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2918, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3849.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 825.

**No. 10-10128. Raymond Davis, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2918, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3956.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 413 Fed. Appx. 312.

**No. 10-10129. Alfredo Campos-Padilla, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2918, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3989.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 254.